**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7807**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CECIL MCDONALD DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:94-cr-00370-TSE-1)

Submitted:  April 12, 2010          Decided:  April 22, 2010

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cecil McDonald Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecil McDonald Davis appeals the district court's orders denying his petition to reopen the appeal period and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davis, No. 1:94-cr-00370-TSE-1 (E.D. Va. filed Aug. 24, 2009 & entered Aug. 27, 2009; filed Sept. 22, 2009 & entered Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED